IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-0908-DDD

FRED NEKOUEE, individually,

   Plaintiff,

vs.

LONGMONT BUSINESS PARTNERS, L.L.L.P., a Colorado limited liability limited partnership;

   Defendant.

_____

**CONSENT DECREE AND ORDER FOR INJUNCTIVE RELIEF**

      This matter is before the Court on the parties' Stipulated Motion for Entry of Consent Decree (Doc 21). The parties are represented by the attorneys whose names appear hereafter, and the parties have agreed to the following terms and conditions.

      THEREFORE, on the Stipulated Motion for Entry of Consent Decree of the Plaintiff and Defendant, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Venue is proper in the District of Colorado.

2. This Court has jurisdiction of the subject matter and of the parties.

3. The Complaint states a claim upon which relief may be granted pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 <u>et seq.</u> ("ADA").

## DEFINITION

The term "ADAAG" shall mean the 2010 ADA Standards for Accessible Design.

## INJUNCTION

IT IS ORDERED that Defendant is hereby enjoined to make alterations to its facility and to bring into compliance the conditions described below with the referenced sections of ADAAG on or before June 1, 2020:

1. One of the two parking spaces for disabled patrons does not have the signage and international symbol of accessibility, ADAAG §§ 502.6 and 703.7.2.1.

2. Parking space identification signs with the international symbol of accessibility are less than 60 inches above the ground surface measured to the bottom of the sign, ADAAG § 502.6.

3. In the parking lot there are no parking spaces for disabled patrons with van accessible signage, ADAAG §§ 208.2.4 and 502.6.

4. In the parking lot, there is no access aisle for the parking spaces for disabled patrons to the left of the front entrance as one faces Best Western. No access aisle is provided for these accessible parking spaces, ADAAG §§ 502.1 and 502.3.3.

5. The access aisle shown in the photograph below is about 37 inches wide and less than 60 inches wide. This access aisle is less than the minimum required width of 60 inches (1525 mm), ADAAG 502.3.1.



6. In the parking lot, there is a change of level greater than 0.25 inches within the accessible route from a parking space for disabled patrons to the lobby entrance, ADAAG §§ 502.4 and 303.2.

7. The force needed to open the lobby door is about 13 pounds and more than 5 pounds. (ii) The force required to open this door exceeds the maximum allowed force of 5 pounds (22.2 N), pertaining to the continuous application of force necessary to fully open a door, ADAAG § 404.2.9.

8. In the lobby restroom, the rear wall grab bar is only 24 inches long and less than 36 inches long. This rear wall grab bar is less than the minimum required length of 36 inches, ADAAG § 604.5.2.

9. In the lobby restroom, the rear wall grab bar does not extend a minimum of 12 inches on one side and 24 inches on the other side from the centerline of the water closet, ADAAG 604.5.2.

10. In the lobby restroom, the side wall grab bar is about 36 inches long and less than 42 inches long, ADAAG § 604.5.1.

11. In the lobby restroom, the side wall grab bar only extends 46 inches from the rear wall and does not extend a minimum of 54 inches from the rear wall. This side wall grab bar does not extend a minimum of 54 inches (1370 mm) from the rear wall, ADAAG § 604.5.1.

12. In the lobby restroom, the lavatory drain and supply pipes under the sink are not insulated, ADAAG § 606.5.

13. In the lobby restroom, the centerline of the toilet paper dispenser is not between 7 and 9 inches from the front of the toilet, ADAAG § 604.7.

14. In the lobby restroom, the distance from the centerline of the toilet to the side wall is not between 16 and 18 inches, ADAAG § 604.2.

15. In the lobby restroom, the door lock requires tight grasping, pinching, or twisting of the wrist, ADAAG §§ 309.4 and 404.2.7.

16. In the lobby restroom, the coat hooks are installed at about 72 inches above the floor and higher than 48 inches above the floor. These coat hooks are higher than 48 inches above the finish floor and outside of the reach range of an individual in a wheelchair, ADAAG § 603.4.

6711901v1(68525.1)

17. In the breakfast area, the coffee, hot water, and juice machine dispenser keys are all higher than 48 inches above the floor. These coffee, hot water and juice machine dispenser keys are all higher than 48 inches above the finish floor where the reach depth is less than 20 inches, ADAAG § 308.2.2.

18. In the breakfast area, the jam and walnut stand tray is higher than 48 inches above the floor. The jam and walnut stand tray is higher than 48 inches above the finish floor where the reach depth is less than 20 inches, ADAAG § 308.2.2.

19. In the breakfast area, yogurt cups, boiled eggs, and butter packets in the mini-fridge are all located higher than 48 inches above the floor. These items are all higher than 48 inches above the finish floor, ADAAG § 308.2.2.

20. In the breakfast area, the clear floor or ground space between the chair and the cabinet is less than 30 inches, ADAAG § 305.

21. The force needed to open the door to accessible guestroom 108-A is about 13 pounds and more than 5 pounds. The force required to open this door exceeds the maximum allowed force of 5 pounds (22.2 N), pertaining to the continuous application of force necessary to fully open a door, ADAAG § 404.2.9.

22. The time for the door to accessible guestroom 108-A to close from an open position of 90 degrees to 12 degrees from the latch is less than five seconds. From an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is less than 5 seconds, ADAAG 404.2.8.1.

23. In accessible guestroom 108-A, the ironing board is on a shelf about 55 inches above the floor and higher than 48 inches above the floor. This ironing board and shelf are higher than 48 inches above the finish floor, ADAAG § 308.2.

24. In accessible guestroom 108-A, the coffee maker is located on a shelf that is higher than 48 inches above the floor. This coffee maker and shelf are higher than 48 inches above the finish floor, ADAAG § 308.2.

25. In accessible guestroom 108-A, the shower spray handle is clipped in at about 76 inches above the floor of the shower and higher than 48 inches above the floor of the shower and it requires tight grasping, pinching or twisting of the wrist to remove it from its clip holder. The handle to the shower spray is located higher than 48 inches above the floor of the shower and it requires tight grasping, pinching or twisting to move it, ADAAG §§ 607.6 and 308.2.

26. In accessible guestroom 108-A, the top of the seat in the shower is less than 17 inches above the floor. The top of the seat in this shower compartment is not between a minimum of 17 inches and a maximum of 19 inches above the finish floor, ADAAG § 610.

27. In accessible guestroom 108-A, the rear wall grab bar behind the toilet is only about 24 inches along and less than 36 inches long. The rear wall grab bar behind the water closet is less than 36 inches long, ADAAG § 604.5.2.

28. In accessible guestroom 108-A, the side wall grab bar near the toilet is less than 42 inches long and it does not extend at least 54 inches from the rear wall. This side wall grab bar is less than the required minimum of 42 inches long and it does not extend a minimum of 54 inches from the rear wall, ADAAG § 604.5.1.

29. In accessible guestroom 108-A, the space between the rear wall grab bar behind the toilet and the wall-mounted hair dryer above it is less than 12 inches. The space between this

6711901v1(68525.1)

      rear wall grab bar and the projecting object above it, the wall-mounted hair dryer, is less than the required 12 inches minimum, ADAAG § 609.3.

30. In accessible guestroom 108-A, the centerline of the toilet paper dispenser is not between 7 and 9 inches from the front of the toilet. The centerline of this toilet paper dispenser is not between a minimum of 7 inches and a maximum of 9 inches from the front of the water closet or toilet, ADAAG § 604.7.

31. In the restroom of accessible guestroom 108-A, the towel hook is higher than 48 inches above the floor. This towel hook is higher than 48 inches above the finish floor and outside of the reach range of an individual in wheelchair, ADAAG § 603.4.

32. The button to operate the spa in the pool area is installed at about 58 inches above the floor and higher than 48 inches above the floor. This spa button to operate the spa is higher than 48 inches above the finish floor, ADAAG §§ 404.2.7 and 603.4.

33. The soda machine card reader and the snack vending machine car reader in the vending area are higher than 48 inches above the floor. The card readers to this soda machine and snack vending machine are higher than 48 inches above the finish floor, and outside the reach range of an individual in a wheelchair, ADAAG § 308.2.2.

34. The door pull side maneuvering clearance in a front approach beyond the latch and parallel to the doorway is about 5 inches and less than 18 inches, ADAAG § 404.2.4.

**ATTORNEY'S FEES, COSTS AND LITIGATION EXPENSES**

Plaintiff may seek an award of attorney's fees, costs and litigation expenses pursuant to 42 U.S.C. § 12205, 28 U.S.C. § 1920, 42 U.S.C. § 2000e-5(k), and 42 U.S.C. § 12117(a).

**RETENTION OF JURISDICTION**

This Court shall retain jurisdiction of this matter for the purposes of construction, modification, and enforcement of this Order.

JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff and against the Defendant pursuant to all of the terms set forth above.

SO ORDERED.

DATED on this 15th day of August 2019.

BY THE COURT:

_____
Hon. Daniel D. Domenico, United States District Judge

The parties, by their counsel, hereby consent to the terms and conditions of the Consent Decree as set forth above and consent to the entry thereof.

| | |
|---|---|
| /s/ Lindsay G. Leavitt w/ permission from | /s/Lindsay G. Leavitt . |
| Daniel A. Sweetser, #16230 | Lindsay G. Leavitt |
| The Sweetser Law Firm, P. C. | Jennings, Strouss & Salmon, P.L.C. |
| 1741 High Street | One East Washington Street |
| Denver, CO 80218 | Suite 1900 |
| Telephone: 303-321-3575 | Phoenix, AZ 85004 |
| E-mail: dsweetser@sweetserlaw.com | Telephone: 602-262-5911 |
| *Attorneys for Defendant* | E-mail: lleavitt@jsslaw.com |
| | *Attorneys for Defendant* |

 /s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
P.O. Box 792; Andover, KS 67002
Telephone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*